# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFIYQ DAVIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4863** |
| | : | |
| **PHILADELPHIA POLICE OFFICER** | : | |
| **JOHN DOE,** *et al.* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 15th day of July, 2024, upon consideration of Plaintiff Rafiyq Davis's Amended Complaint (ECF No. 12) it is **ORDERED** that:

1. The Clerk's Office is **DIRECTED** to **ADD** (1) Philadelphia Police Commissioner Kevin Bethel and (2) the Philadelphia Police Tow Squad as Defendants in this action, in accordance with the Amended Complaint.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum. No further amendment is permitted.

3. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

                                              **BY THE COURT:**

                                              */s/ Mitchell S. Goldberg*
                                              **MITCHELL S. GOLDBERG, J.**